UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Leah Pfeiffer,

        Plaintiff,

   -against-

First Credit Services, Inc.,

        Defendant.
---------------------------------------------------------X

Index No. 12-CV-4588 (KAM)(RML)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Leah Pfeiffer by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant First Credit Services, Inc.

Dated: February 28, 2013
New York, New York

                                              **FREDRICK SCHULMAN & ASSOCIATES**

                                              BY: _____
                                              JACOB J. SCHEINER, ESQ. (JS5223)
                                              Fredrick Schulman & Associates
                                              30 East 29th Street
                                              New York, New York 10016
                                              P: 212-796-6053
                                              F: 212-951-7379
                                              Attorneys for Plaintiff

**SO-ORDERED:**

_____
**Hon.**