UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Leah Pfeiffer,

        Plaintiff,                              Index No. 12-CV-4588 (KAM)(RML)

     -against-                                   **NOTICE OF VOLUNTARY**
                                                  **DISMISSAL PURSUANT TO**
First Credit Services, Inc.,                 **F.R.C.P. 41 (a)(1)(A)(i)**

        Defendant.
----------------------------------------------------------X

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Leah Pfeiffer by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant First Credit Services, Inc.

Dated: February 28, 2013
New York, New York

                                                **FREDRICK SCHULMAN & ASSOCIATES**

                                                BY: _____
                                                JACOB J. SCHEINER, ESQ. (JS5223)
                                                Fredrick Schulman & Associates
                                                30 East 29th Street
                                                New York, New York 10016
                                                P: 212-796-6053
                                                F: 212-951-7379
                                                Attorneys for Plaintiff

SO-ORDERED:
   s/KAM
_____
Hon. KIYO A. MATSUMOTO, USDJ
     3/1/13